**Appeal Dismissed and Memorandum Opinion filed June 4, 2024.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-24-00027-CV
_____

**KELLY LANGSTON, Appellant**

**V.**

**KENSINGTON STATION, LLC, Appellee**

**On Appeal from the County Court at Law No. 1**[1]
**Travis County, Texas**
**Trial Court Cause No. C-1-CV-23-004330**

## MEMORANDUM OPINION

This is an appeal from a judgment signed December 20, 2023. The clerk's record was filed February 27, 2024. The reporter's record was not filed. No brief

_____

[1] The Supreme Court of Texas ordered the Court of Appeals for the Third District of Texas to transfer this appeal (No. 03-23-00878-CV) to this court. Misc. Docket No. 23-9109 (Tex. January 12, 2024); *see* Tex. Gov't Code Ann. §§ 73.001, .002. Because of the transfer, we decide the case in accordance with the precedent of the transferor court under principles of stare decisis if our decision otherwise would have been inconsistent with the transferor court's precedent. *See* Tex. R. App. 41.3.

was filed.

On April 30, 2024, we issued a notice stating that unless appellants filed a brief within ten days the appeal was subject to dismissal without further notice for want of prosecution. *See* Tex. R. App. P. 42.3(b).

Appellant filed no brief or other response. Accordingly, the appeal is ordered dismissed.

PER CURIAM

Panel consists of Justices Wise, Bourliot, and Wilson.